**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:          Lawrence Sobogun v. Velimir Rasic

Appellate case number:       01-21-00117-CV

Trial court case number:      20-CCV-067777

Trial court:                          County Court at Law No. 5 of Harris County

Appellant, Lawrence Sobogun, acting pro se, has filed a notice of appeal of the trial court's final judgment signed on February 10, 2021. The clerk's record filed in this Court includes appellant's "Statement of Inability to Afford Payment of Court Costs or an Appeal Bond" filed in the trial court. Further, the clerk's record states that the trial court "granted" appellant's "pauper's affidavit." *See* Tex. R. Civ. P. 145; *see also* Tex. R. Civ. P. 502.3.

**Accordingly, the Clerk of this Court is directed to make an entry in this Court's records that appellant is allowed to proceed on appeal without payment of costs or fees.** *See* Tex. R. App. P. 20.1; *see also* Tex. R. Civ. P. 145(a).

Further, on April 20, 2021, the court reporter notified the Clerk of this Court that there is a reporter's record. The court reporter is directed to file with this Court, within thirty days of the date of this order, and at no cost to appellant, a reporter's record. *See* Tex. R. Civ. P. 145(a), (c); Tex. R. App. P. 35.1.

It is so ORDERED.


Judge's signature:     ___/s/ Julie Countiss_____
                                  ☑ Acting individually     ☐ Acting for the Court

Date: <u>May 25, 2021</u>